Dean V. Fleming, TX Bar No. 07122100
Email: dfleming@fulbright.com
Michael W. O'Donnell, TX Bar No. 24002705
Email: modonnell@fulbright.com
Steve A. Peirce, TX Bar No. 15731200
Email: speirce@fulbright.com
Thomas A. Countryman, TX Bar No. 04888100
Email: tcountryman@fulbright.com
Ronald D. Smith, TX Bar No. 24056344
Email: rsmith@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78205-3292
Telephone: (210) 224-5575
Telecopier: (210) 270-7255

Berry D. Spears, TX Bar No. 18893300
Email: bspears@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
600 Congress Avenue, Suite 2400
Austin, TX 78701
Telephone: (512) 474-5201
Telecopier: (512) 536-4598

Kent F. Larsen, Esq.
NEVADA BAR NO. 3463
Email: kfl@slwlaw.com
**SMITH LARSEN & WIXOM**
1935 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 252-5002
Telecopier: (702) 252-5006
ATTORNEYS FOR WELLS FARGO BANK, N.A.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERICAL MORTGAGE COMPANY,<br>Debtor | |
| In re:<br>USA CAPITAL REALTY ADVANCES, LLC,<br>Debtor | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | Case No. BK-S-06-10725 LBR<br>Adversary No. 08-01135 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor | |

| | | |
|---|---|---|
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Plaintiff.<br><br>V.<br><br>WELLS FARGO BANK, N.A.,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **DECLARATION OF DEAN V. FLEMING** |

My name is Dean V. Fleming. I am an attorney with Fulbright & Jaworski L.L.P. (**"Fulbright"**), the firm retained to represent Wells Fargo Bank, NA (**"Wells Fargo"**) in the above-entitled matter.

1. This Declaration is based upon my personal knowledge gained while serving as a attorney at Fulbright representing Wells Fargo in this case. I am over 21 years of age, of sound mind and have never been convicted of a crime involving moral turpitude. I am authorized and qualified in all respects to make this Declaration.

2. The following documents are attached to this Declaration:

**Exhibit A**: Report of Colin A. Johns dated September 30, 2009;

**Exhibit B**: Report of Andrew Safir, Ph. D. (Wells Fargo's retained expert) of December 14, 2009

**Exhibit C**: Rebuttal Report of Colin A. Johns dated February 26, 2010;

**Exhibit D**: Min-U-Script Deposition of Colin A. Johns taken November 6, 2009;

**Exhibit E**: Min-U- Script Supplemental Deposition of Colin A. Johns taken May 6, 2010.

The foregoing documents are true and correct copies of the originals and are genuine.

I, Dean V. Fleming, declare under penalty of perjury that the foregoing is true and correct. Executed on May 13, 2010.

DEAN V. FLEMING

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Fulbright & Jaworski L.L.P. and that on May 14, 2010 I served a true and correct copy of the foregoing **DECLARATION OF DEAN V. FLEMING IN SUPPORT OF WELLS FARGO BANK'S MOTION TO EXCLUDE, IN WHOLE OR IN PART, OPINION TESTIMONY OF COLIN A. JOHNS** via the Court's electronic notification system and via email transmission to William T. Reid, IV at wreid@reiddavis.com;, Lisa S. Tsai at ltsai@reiddavis.com, Joshua Bruckerhoff at jbruckerhoff@reiddavis.com, and Eric Madden at emadden@diamondmcarthy.com, attorneys for Plaintiffs, USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC and/or USA Capital First Trust Deed Fund, LLC.

*/s/ Thelma Flores*
Thelma Flores, An employee of
Fulbright & Jaworski L.L.P.