RECEIVED
AND FILED

JAN 25 12 03 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Dean V. Fleming, TX State Bar No. 07122100
Email: dfleming@fulbright.com
Steve A. Peirce, TX State Bar No. 15731200
Email: speirce@fulbright.com
Michael W. O'Donnell, TX State Bar No. 24002705
Email: modonnell@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Berry D. Spears, TX State Bar No. 18893300
Email: bspears@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
600 Congress Avenue, Suite 2400
Austin, TX 78701
Telephone : (512) 474-5201
Facsimile: (512) 536-4598

Kent F. Larsen, Esq.
NEVADA BAR NO. 3463
Email: kfl@slwlaw.com
**SMITH LARSEN & WIXOM**
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
ATTORNEYS FOR WELLS FARGO BANK, N.A.

*Orders Approving Verified Petitions and Appointment of Nevada Counsel, Adversary Dkt. Nos. 34, 35, 36, 37, 38, 191 and 192*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. 2:10-CV-01881-PMP-RJJ<br><br>Bankruptcy Case No. 06-10725-LBR<br>Adversary No. 08-01135-LBR<br><br>**FINAL JUDGMENT** |

In accordance with the Order granting Wells Fargo's Motion for Adoption of Proposed Findings of Fact and Conclusions of Law and Entry of Final Judgment and adopting the Proposed Findings of Fact and Conclusions of Law as those of this Court:

IT IS ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby, ENTERED in favor of Defendant Wells Fargo Bank, N.A. on all claims and causes of action asserted in Adversary No. 08-01135-LBR and that Plaintiff USA Capital Diversified Trust Deed Fund, LLC take nothing by its suit.

IT IS FURTHER ORDERED that all costs of court be paid by Plaintiff for which let execution issue.

This judgment is FINAL, DISPOSES of all claims and all parties, and is APPEALABLE.

The Court ORDERS execution to issue for this judgment.

SIGNED AND ENTERED this 25th day of January, 2011.

[signature]

PHILIP M. PRO
UNITED STATES DISTRICT JUDGE